# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma


court HE

Petty ☐   Misdemeanor ☐   Felony ✓   USAO No.: _____   Case No.: CR-22-232

Charging Document: **Indictment**   No. of Defendants: 2   Total No. of Counts: 7   Sealed: Y ✓

Forfeiture: Y ☐ N ✓   OCDETF: Y ☐ N ✓   McGirt: Y ☐ N ✓   Warrant ☐   Summons ☐   Notice ✓   N ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: kh

| Name: **OCTAVIO JUAN SANCHEZ** | | | |
|---|---|---|---|
| Alias(es): | | Address: NORMAN, OK | |
| | | FBI No.: | |
| DOB: 1986 | SSN: 3285 | Race: Hispanic | Interpreter: Y ☐  N ✓ |
| Sex: M ✓  F ☐ | Juvenile: Y ☐  N ✓ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody   ✓ Detention Requested   Complaint: Y ☐  N ✓

☐ Type of Bond: _____   Magistrate Judge Case No.: MJ-

✓ In Custody at: Grady County Jail

Inmate/Prisoner/Register No.: 11302809   Previously Detained: Y ☐  N ✓

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender | Name: Joe Wells | AUSA: JESSICA PERRY |
|---|---|---|
| ✓ CJA Panel | Address: P.O. Box 720597, Oklahoma City, OK 73172 | Agent/Agency: FBI |
| ☐ Retained | Phone: (405) 474-4800 | Local Officer/Agency: |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy | NMT 5 yrs; NMT $250,000 fine, o/b; NMT 3 yrs S/R; NMT an additl 2 yrs imprisonment in the event of a revocation of S/R; $100 SA; Mandatory restitution. |
| 6 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | NMT 20 yrs imprisonment; NMT $250,000 fine, or both; 3 yrs SR, if revoked 2 years; $100 SA |
| 7 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | Mandatory 2 yr sentence, consecutive to any other term imposed; $250,000 fine; NMT 1 yr S/R; $100 SA |

Signature of AUSA: s/Jessica Perry

RECEIVED JUN 08 2022 Clerk, U.S. District Court WEST. DIST. OF OKLA.

Date: 06/07/2022